O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland corporation; COACH SERVICES, INC., a Maryland corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOLDEN TITAN, INC, a California corporation doing business as HANDBAGS FOR ALL,<br><br>　　　　　　Defendant.<br>_____ | Case No. CV 13-00942 DDP (SHx)<br><br>**ORDER RE OSC RE CONTEMPT AND STRIKING OF ANSWER**<br><br>[DKT 37] |

　　Before the Court is an Application for Order to Show Cause re Contempt filed by Plaintiffs Coach, Inc. and Coach Services, Inc. ("Plaintiffs"). (Dkt. No. 37.) Having considered Plaintiffs' submissions, the Court grants the Application in part and modifies it as follows:

　　IT IS HEREBY ORDERED that at 10:00 a.m. PST on June 16, 2014, Defendant Golden Titan, Inc. ("Defendant") shall appear before the Honorable Dean D. Pregerson, United States District Judge, United States Courthouse, Los Angeles, California, to show cause, if there

be any, why Defendant should not be held in contempt of Magistrate Judge Stephen J. Hilman's April 7, 2014 order imposing sanctions on Defendant in the amount of $1,750.00 (Dkt. No. 36); and further why Defendant's Answer filed May 16, 2013 should not be stricken and default should not be entered against Defendant, as recommended by Magistrate Judge Hillman. (Id.)

   IT IS FURTHER ORDERED that any papers in opposition to Plaintiffs' Application shall be filed with the Court (with a mandatory copy delivered to the chambers of Judge Pregerson at the time of filing) and transmitted by email to counsel for Plaintiff no later than June 10, 2014, at 5:00 p.m. PST, and that Plaintiffs' reply papers, if any, be filed with this Court (with a mandatory chambers likewise delivered to the chambers of Judge Pregerson at the time of filing) and transmitted via email to counsel for Defendant no later than June 12, 2014, at 5:00 p.m. PST.

IT IS SO ORDERED.

Dated: May 28, 2014

DEAN D. PREGERSON
United States District Judge